IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA K. BRADY, | No. CIV S-08-1192-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF FAIRFIELD PD, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a Solano County Jail prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 3). On June 11, 2008, plaintiff was ordered to provide the court with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff submitted a copy of his trust account statement, but that copy is not certified. 28 U.S.C. § 1915(a)(2) specifically requires that trust fund account statement submitted in support of a prisoner's application to proceed in forma pauperis to be certified. Plaintiff will be provided another opportunity to submit a *certified* copy of his trust fund account statement or the appropriate filing fee. Plaintiff is warned that failure to comply with this order may result in the

1

1  dismissal of this action.  See Local Rule 11-110.

2        Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30

3  days of the date of this order, a *certified* copy of his trust fund account statement, or the

4  appropriate filing fee.

6  DATED: July 23, 2008

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

2